

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00047-CR

Vicente **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-09-0169-CRA
Honorable Stella Saxon, Judge Presiding

## O R D E R

Appellant's brief was originally due July 20, 2015; however, the court granted appellant extensions of time to file the brief until September 2, 2015. The brief has not been filed.

We **order** appellant's retained attorney, Samuel C. Beale, to file the appellant's brief by **October 18, 2015**. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court